FILED: March 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4231

(4:13-cr-00052-BO-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MICHAEL ANTONIO HARRIS

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
| Originating Case Number | 4:13-cr-00052-BO-1 |
| Date notice of appeal filed in originating court: | 03/19/2014 |
| Appellant (s) | Michael Antonio Harris |
| Appellate Case Number | 14-4231 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |